**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6237**

---

DAVID LAWRENCE DIXON,

Plaintiff - Appellant,

versus

PAUL RUBENSTEIN, Commissioner of Corrections;
HOWARD H. PAINTER, Warden of Mount Olive
Correctional Complex,

Defendants - Appellees.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  David A. Faber, District
Judge.  (CA-01-467-5)

---

Submitted:  April 18, 2002          Decided:  April 30, 2002

---

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David Lawrence Dixon, Appellant Pro Se.  Daynus Jividen, OFFICE OF
THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Lawrence Dixon appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Dixon v. Rubenstein</u>, No. CA-01-467-5 (S.D.W. Va. Jan. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>